1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOFRE JAMES O CHARGUALAF, | Case No.  1:15-cv-00462-LJO-SAB-HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |
| v. | |
| RAFAEL ZUNIGA | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 9, 2015, this Court ordered Petitioner to show cause why the petition should not be dismissed for lack of jurisdiction under 28 U.S.C. § 2241 within thirty days of the date of service of the order.  (ECF No. 8 at 6).  The Court ordered Respondent to file a reply to Petitioner's Response to the Order to Show Cause within thirty (30) days of the date Petitioner's brief was filed with the Court. (ECF No. 8 at 6).  Petitioner filed his brief with the Court on July 1, 2015.  (ECF No. 14).  Over thirty (30) days have passed and Respondent has failed to file his Reply to Petitioner's Response to the Order to Show Cause.

Local Rule 110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Accordingly, it is HEREBY ORDERED that Respondent is ordered to show cause why appropriate sanctions should not be imposed for failing to obey a court order within FOURTEEN (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 6, 2015**

UNITED STATES MAGISTRATE JUDGE